**HUSSEY COPPER, LTD. and State**
**Workers' Insurance Fund**

v.

**WORKERS' COMPENSATION**
**APPEAL BOARD**
**(CHILES)**

Petition of: Hussey Copper, Ltd.

**No. 79 WAL 2017**

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of July, 2017, the Petition for Allowance of Appeal is DENIED.